# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUSAN RENEE TURNER, | )<br>) |
|     Appellant, | )    2:07-cv-0274-RLH-GWF<br>) |
| vs. | )    **O R D E R**<br>)    (Certificate of Appealability–#41) |
| FIRST NATIONAL BANK OF NEVADA, | )<br>) |
|     Respondent. | )<br>) |

On March 31, 2008, Plaintiff Susan Rene Turner filed a letter request with the Clerk of Court, requesting a certificate of appealability (#41). Appellant's appeal does not raise a substantial question for review by the court of appeals and any appeal taken from the dismissal of Appellant's Amended Complaint would be frivolous.

First, this Court dismissed Turner's Amended Complaint on February 4, 2008, because pursuant to statute, she had at most 300 days to file her Title VII claims with the EEOC, and she took almost three years to file the claims, in violation of the statute of limitations.

Second, her Notice of Appeal asserts that she is appealing from a judgment and "sentence" by this Court.

Third, her Amended Complaint attempts to make Title VII claims of sexual harassment by unnamed individuals when she apparently worked for First National Bank of Nevada, but it is brought on pursuant to § 1983, on a form Civil Rights Complaint Pursuant to 42 U.S. § 1983, all of which is contrary to law.

1

1  Fourth, the Amended Complaint, which was filed March 2, 2007, claims the sexual
2  harassment occurred in March 2004.  The statute of limitations for Section 1983 actions is
3  determined by state law.  *City of Santa Rosa*, 49 F.3d 583, 585 (9th Cir. 1995) (citing *Harding v.*
4  *Galceran*, 889 F.2d 906, 907 (9th Cir. 1989), *cert. denied* 598 U.S. 1082 (1991).  Her Amended
5  Complaint also violates that statute of limitations and could have been dismissed on that basis as
6  well.
7  Appellant's claims are obscure and untimely.  Any appeal from the dismissal would
8  be frivolous.
9  Accordingly, IT IS HEREBY ORDERED that Appellant's Request for issuance of
10  Certificate of Appealability is DENIED.
11  Dated: April 3, 2008.

_____
**Roger L. Hunt**
**Chief United States District Judge**